No. 5. ATLANTIC, GULF & PACIFIC COMPANY, APPELLANT, *v.* UNITED STATES; and

No. 6. UNITED STATES, APPELLANT, *v.* ATLANTIC, GULF & PACIFIC COMPANY. Appeals from the Court of Claims. Argued March 9, 10, 1916. Restored to docket for reargument November 13, 1916. Reargued January 23, 24, 1917. Decided June 3, 1918. *Per Curiam.* Judgment affirmed with costs by an equally divided court.

247 U. S.   Decisions on Petitions for Writs of Certiorari.

(Mr. Justice McReynolds took no part in the considera-
tion and decision of these cases.) *Mr. George A. King,
Mr. William B. King* and *Mr. W. E. Harvey* for Atlantic,
Gulf & Pacific Company. *Mr. Assistant Attorney General
Thompson* and *Mr. P. M. Ashford* for the United States.